UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LUCY J. DOOLEY                                                                                           PLAINTIFF

v.                                              No. 2:20-cv-2086

DILLARD'S, INC.                                                                                         DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS ORDERED AND ADJUDGED that the parties are to submit this dispute to arbitration consistent with the terms of their arbitration agreement. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 1th day of July, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE